David Davidson, Esq. SBN 215969
ddavidson@ohaganmeyer.com
O'HAGAN MEYER LLP
4695 MacArthur Court, Suite 210
Newport Beach, CA 92660
Telephone: (949) 942-8500
Facsimile: (949) 942-8510

Attorney for Defendant/Third-Party Plaintiff,
WALMART INC.

# UNITED STATES DISTRICT COURT FOR

# THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORIN CLICHICI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC.; DOE WALMART STORE MANAGER; and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO. 2:22-cv-02995-JFW-RAO<br><br>Underlying Case No. 22STCV12430 (Los Angeles County Superior Court)<br><br>**Assigned for All Purposed to:**<br>Honorable John F. Walter<br>Courtroom: 2A<br><br>**[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER** |

TO THE CLERK, ALL PARTIES AND COUNSEL OF RECORD:

Good Cause having been shown, and the Parties having worked together in reaching a stipulated protective order related to confidential corporate records of

1
**[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER**

Case 2:22-cv-02995-JFW-RAO   Document 28   Filed 05/25/22   Page 2 of 2   Page ID #:281

Walmart and Plaintiffs medical records, the **COURT PURSUANT TO STIPULATION, HEREBY ORDERS THE PROTECTIVE ORDER TO BE ISSUED.**

Dated: May 25, 2022

_____
HONORABLE ROZELLA A. OLIVER
United States Magistrate Judge

2
[~~PROPOSED~~] ORDER RE STIPULATED PROTECTIVE ORDER