JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SORIN CLICHICI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WALMART, INC.; DOE WALMART STORE MANAGER,<br><br>　　　　Defendant. | Case No. 2:22-cv-02995-JFW-RAOx<br><br>**JOINT JUDGMENT**<br><br>[Honorable John F. Walter] |

　　　　Plaintiff Sorin Clichici brought the present action against Walmart, Inc., ("Walmart"), Doe Walmart Store Manager, and Does 1 to 100 (collectively, "Defendants") in the Superior Court of California.

　　　　After considering the motion papers, the opposition and reply briefs, and the evidence submitted by the parties, the Court finds that Defendant's Motion for Summary Judgment is GRANTED and Plaintiff's Complaint is DISMISSED without prejudice.

　　　　IT IS HEREBY ORDERED AND DECREED THAT:

　　　　1.　　　Plaintiff Sorin Clichici's Complaint is DISMISSED, without prejudice.

Dated: March 14, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable John F. Walter, Judge of
　　　　　　　　　　　　　　　　　　　　　the United States District Court for the
　　　　　　　　　　　　　　　　　　　　　Central District of California